IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | **Crim. No. 17-71-9** |
| : | |
| IMERE STINSON : | |

# **O R D E R**

**AND NOW**, this 11th day of May, 2017, it is hereby **ORDERED** that Defendant Imere Stinson's Motion for Joinder of Co-Counsel's Motion to Continue Current Deadlines (Doc. No. 142) is **DENIED as moot**. (See Doc. No. 163 (granting co-counsel's motion for continuance).)

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.